Argued and submitted May 4, 1990, affirmed February 6, 1991

AMERICAN MOULDING AND MILLWORK,
*Petitioner,*

*v.*

EMPLOYMENT DIVISION
and Craig A. Rawls,
*Respondents.*

(89-AB-1164; CA A62421)

804 P2d 523

Kathy A. Peck, Salem, argued the cause for petitioner. With her on the brief were Ronald Atwood and Williams, Zografos & Peck, Salem.

Dave Frohnmayer, Attorney General, and Jerome Lidz, Assistant Attorney General, waived appearance for respondent Employment Division.

No appearance for respondent Craig A. Rawls.

Before Joseph, Chief Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *Sun Veneer v. Employment Div.,* 105 Or App 198, 804 P2d 1174 (1991); *Weyerhaeuser v. Employment Div.,* 105 Or App 233, 804 P2d 1183 (1991).

Joseph, C. J., concurring.

**JOSEPH, C. J.,** concurring.

Having joined in the dissent in *Sun Veneer v. Employment Div.,* 105 Or App 198, 804 P2d 1174 (1991), but having concurred in *Weyerhaeuser v. Employment Div.,* 105 Or App 233, 804 P2d 1183 (1991), I concur in the decision in this case.

Edmonds, J., joins me in concurring.